# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CRIMINAL NO. 1:06-CR-0199-10** |
| v.     : | **(Judge Conner)** |
| **ANTONIO AVILA**   : | |

## ORDER

AND NOW, this 3rd day of September, 2008, upon consideration of defendant's motion (Doc. 815) to terminate Timothy O'Connell, Esquire ("Attorney O'Connell") as defendant's appointed counsel, and of Attorney O'Connell's response thereto (Doc. 820), stating that, after a conference with counsel, defendant wishes to withdraw the motion to terminate (Doc. 815) and to remain represented by Attorney O'Connell, it is hereby ORDERED that the motion (Doc. 815) to terminate counsel is DEEMED withdrawn.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge